# EXHIBIT A

CLOSED

# U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:11-cv-02678-EAK-TBM

| | |
|---|---|
| Rivera v. Laboratory Corporation of America | Date Filed: 12/02/2011 |
| Assigned to: Judge Elizabeth A. Kovachevich | Date Terminated: 07/09/2012 |
| Referred to: Magistrate Judge Thomas B. McCoun III | Jury Demand: Plaintiff |
| Cause: 29:201 Denial of Overtime Compensation | Nature of Suit: 710 Labor: Fair Standards |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Debra Rivera**　　　　　　　　　　represented by **Gregg I. Shavitz**
*on her own behalf and others similary*　　　　　　　　Shavitz Law Group, PA
*situated,*　　　　　　　　　　　　　　　　　　　　Suite 404
　　　　　　　　　　　　　　　　　　　　　　　　1515 S Federal Hwy
　　　　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33432
　　　　　　　　　　　　　　　　　　　　　　　　561/447-8888
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 561/447-8831
　　　　　　　　　　　　　　　　　　　　　　　　Email: gshavitz@shavitzlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　**Keith M. Stern**
　　　　　　　　　　　　　　　　　　　　　　　　Shavitz Law Group, PA
　　　　　　　　　　　　　　　　　　　　　　　　Suite 404
　　　　　　　　　　　　　　　　　　　　　　　　1515 S Federal Hwy
　　　　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL 33432
　　　　　　　　　　　　　　　　　　　　　　　　561/447-8888
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 561/447-8831
　　　　　　　　　　　　　　　　　　　　　　　　Email: kstern@shavitzlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Laboratory Corporation of America**　　represented by **Dennis Michael McClelland**
*a Delaware Corporation*　　　　　　　　　　　　Phelps Dunbar, LLP
*doing business as*　　　　　　　　　　　　　　Suite 1900
Labcorp　　　　　　　　　　　　　　　　　　100 S Ashley Dr
　　　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33602-5311
　　　　　　　　　　　　　　　　　　　　　　　　813/472-7550
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 813/472-7570
　　　　　　　　　　　　　　　　　　　　　　　　Email: dennis.mcclelland@phelps.com
　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Erin L. Malone**
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311
(813) 472-7891
Fax: (813) 472-7570
Email: erin.malone@phelps.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reed Russell**
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5311
813/472-7550
Fax: 813/472-7570
Email: reed.russell@phelps.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laboratory Corporation of America Holdings**
*a Delaware Corporation*
*doing business as*
Labcorp

represented by **Dennis Michael McClelland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2011 | 1 | COMPLAINT against Laboratory Corporation of America with Jury Demand (Filing fee $ 350 receipt number TPA8590) filed by Debra Rivera. (Attachments: # 1 Civil Cover Sheet)(DG) (Additional attachment(s) added on 12/5/2011: # 2 Main Document) (JNB). (Entered: 12/05/2011) |
| 12/02/2011 | 2 | Summons issued as to Laboratory Corporation of America. (DG) (Entered: 12/05/2011) |
| 12/16/2011 | 3 | RETURN of service executed on 12/12/2011 by Debra Rivera as to Laboratory Corporation of America. (Stern, Keith) (Entered: 12/16/2011) |
| 12/22/2011 | 4 | NOTICE of designation under Local Rule 3.05 - track 2 (AO) (Entered: 12/22/2011) |
| 01/03/2012 | 5 | ANSWER and affirmative defenses to 1 Complaint by Laboratory Corporation of America.(McClelland, Dennis) (Entered: 01/03/2012) |
| 01/03/2012 | 6 | Corporate Disclosure Statement by Laboratory Corporation of America. |

| | | (McClelland, Dennis) (Entered: 01/03/2012) |
|---|---|---|
| 01/05/2012 | 7 | ORDER OF RECUSAL. Judge James D. Whittemore recused. Case reassigned to Judge Elizabeth A. Kovachevich for all further proceedings. New case # 8:11-cv-2678-T-17TBM. Signed by Judge James D. Whittemore on 1/4/2012. (JNB) (Entered: 01/05/2012) |
| 01/05/2012 | 8 | STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by Judge Elizabeth A. Kovachevich on 1/5/2012. (JNB) (Entered: 01/05/2012) |
| 01/17/2012 | 9 | NOTICE of Consent to Join by Debra Rivera *on behalf of Opt-in Plaintiff Latasha McCurdy* (Stern, Keith) (Entered: 01/17/2012) |
| 01/20/2012 | 10 | CASE MANAGEMENT REPORT. (McClelland, Dennis) (Entered: 01/20/2012) |
| 02/02/2012 | 11 | CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 5/15/2012, Joinder of Parties due by 5/15/2012, Discovery due by 1/15/2013, Dispositive motions due by 2/15/2013, Plaintiff disclosure of expert report due by 6/30/2012, Defendant disclosure of expert report due by 8/14/2012 Final Pretrial Conference set for 7/11/2013 at 11:00 AM in Tampa Courtroom 12 B before Magistrate Judge Thomas B. McCoun III. Jury Trial set for 8/5/2013 at 10:00 AM in Tampa Courtroom 14 A before Judge Elizabeth A. Kovachevich. Conduct mediation hearing by 1/15/2012. Lead counsel to coordinate dates. This is a jury trial which is expected to take 3 to 5 days to try. Signed by Judge Elizabeth A. Kovachevich on 2/2/2012. (SN) (Entered: 02/02/2012) |
| 02/07/2012 | 12 | AMENDED ORDER amending re 11 Case management and scheduling order to correct the date for completion of mediation to 1/15/13. Signed by Judge Elizabeth A. Kovachevich on 2/7/2012. (SN) (Entered: 02/07/2012) |
| 02/14/2012 | 13 | PRETRIAL ORDER: Pretrial Conference set for 7/11/2013 at 11:00 AM in Tampa Courtroom 12 B before Magistrate Judge Thomas B. McCoun III, Jury Trial set for a trial term tentatively commencing 8/5/2013 at 10:00 AM in Tampa Courtroom 14 A before Judge Elizabeth A. Kovachevich. Trial estimate: 3-5 days jury trial. Signed by Judge Elizabeth A. Kovachevich on 2/14/2012. (Attachments: # 1 Supplement)(CLM) (Entered: 02/14/2012) |
| 02/29/2012 | 14 | MOTION for leave to file Amended Complaint by Debra Rivera. (Attachments: # 1 Exhibit)(Stern, Keith) (Entered: 02/29/2012) |
| 02/29/2012 | 15 | NOTICE by Laboratory Corporation of America re 14 MOTION for leave to file Amended Complaint *of Non-Opposition* (Russell, Reed) (Entered: 02/29/2012) |
| 03/01/2012 | 16 | ENDORSED ORDER granting 14 Motion for leave to file an amended complaint. The amended complaint shall be filed by the plaintiff within 5 days of this date. Signed by Judge Elizabeth A. Kovachevich on 3/1/2012. (SN) (Entered: 03/01/2012) |
| 03/01/2012 | 17 | AMENDED COMPLAINT against Laboratory Corporation of America, Laboratory Corporation of America Holdings with Jury Demand filed by Debra |

| | | Rivera.(Stern, Keith) (Entered: 03/01/2012) |
|---|---|---|
| 03/01/2012 | 18 | *DOCUMENT TERMINATED. COUNSEL NOTIFIED TO SUBMIT SUMMONS IN PAPER FORMAT FOR ISSUANCE.* NOTICE by Debra Rivera re 17 Amended complaint *of Filing Summons as To Defendant, Laboratory Corporation of America Holdings d/b/a Labcorp* (Attachments: # 1 Summons)(Stern, Keith) Modified on 3/2/2012 (CD). (Entered: 03/01/2012) |
| 03/05/2012 | 19 | NOTICE *of Withdrawal of Consent to Join of Opt-In Plaintiff, Latasha McCurdy* by Debra Rivera re 9 Notice of Consent to Join (Stern, Keith) Modified on 3/5/2012 (BES). (Entered: 03/05/2012) |
| 03/05/2012 | 20 | Summons issued as to Laboratory Corporation of America Holdings. (EJC) (Entered: 03/05/2012) |
| 03/19/2012 | 21 | ANSWER to 17 Amended complaint *and Defenses* by Laboratory Corporation of America, Laboratory Corporation of America Holdings.(McClelland, Dennis) (Entered: 03/19/2012) |
| 04/02/2012 | 22 | NOTICE OF SELECTION of Mary A. Lau as mediator by Debra Rivera, Laboratory Corporation of America, Laboratory Corporation of America Holdings re 11 Case management and scheduling order (Stern, Keith) Modified text (wrong event code used) on 4/3/2012 (RFK). (Entered: 04/02/2012) |
| 07/02/2012 | 23 | Joint MOTION for leave to file /submit Settlement Agreement to the Court for In Camera Review by Laboratory Corporation of America Holdings, Debra Rivera. (Attachments: # 1 Composite Exhibit A)(McClelland, Dennis) (Entered: 07/02/2012) |
| 07/02/2012 | 24 | Joint MOTION to Approve Settlement *Agreement*, Joint MOTION to dismiss Plaintiff's Complaint *and for Entry of an Order of Dismissal* by Laboratory Corporation of America Holdings, Debra Rivera. (McClelland, Dennis) (Entered: 07/02/2012) |
| 07/03/2012 | 25 | ENDORSED ORDER granting 23 Motion that the Court review the settlement agreement entered into by the Parties in this action in camera so that it can remain confidential without becoming a public record in the court file. The settlement agreement shall be provided to the chambers within 5 days of this date and shall include a return envelope. The Court will review and thereafter resolve the motion to approve settlement. Signed by Judge Elizabeth A. Kovachevich on 7/3/2012. (SN) (Entered: 07/03/2012) |
| 07/09/2012 | 26 | ORDER granting 24 Motion to Approve Settlement; granting 24 Motion to dismiss. The Clerk of Court is directed to close this case and to terminate any pending motions. Signed by Judge Elizabeth A. Kovachevich on 7/9/2012. (SN) (Entered: 07/09/2012) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 05/13/2014 16:08:22 |

| PACER Login: | lm0071 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 8:11-cv-02678-EAK-TBM |
| Billable Pages: | 3 | Cost: | 0.30 |

Case 6:13-cv-01395-DAB   Document 13-1   Filed 05/13/14   Page 7 of 18 PageID 75
Case 8:11-cv-02653-TGW   Document 24   Filed 04/02/12   Page 1 of 1 PageID 116
Case 8:11-cv-02653-TGW   Document 22-2   Filed 03/30/12   Page 2 of 2 PageID 104

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARREL K. JACKSON, on his own
behalf and others similarly situated,

        Plaintiff,

v.                                                                                          CASE NO.: 8:11-CV-02653-TGW

LINCARE, INC.,

        Defendant.
_____/

### ORDER

THIS CAUSE came before the Court upon the Parties' "Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review." The Court has examined the motion and finds the Parties' request to be appropriate in this action and consistent with Federal Rule of Civil Procedure 1 and, therefore, it is

**ORDERED and ADJUDGED** that the Parties may submit their settlement agreement to the Court for *in camera* review. The settlement agreement is confidential and shall remain confidential for the time necessary for the Court to review the terms of the Parties' settlement in conjunction with the Parties' "Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal" and, thereafter, shall be returned by the Court to counsel for Defendant, without filing.

**DONE AND ORDERED** in Chambers at Tampa, Florida, this 2nd day of April, 2012.

                                                                    Thomas G. Wilson
                                                                    United States Magistrate Judge

Copies to:    Counsel of Record

PD.6111308.2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 8:11-CV-00798-KOVACHEVICH/PIZZO

GUENY ROJAS,

    Plaintiff,

v.

MK AUTOMOTIVE, INC.

    Defendant.
_____/

## ORDER

This matter came before the Court upon the Parties' "Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review." The Court has examined the motion and finds the Parties' request to be appropriate in this action and consistent with Federal Rule of Civil Procedure 1 and the principals of the Fair Labor Standards Act as articulated in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), and, therefore, it is

**ORDERED AND ADJUDGED** that the Parties may submit their settlement agreement to the Court for *in camera* review. The settlement agreement is confidential and shall remain confidential for the time necessary for the Court to review the terms of the Parties' settlement in conjunction with the Parties' "Joint Motion and Memorandum of Law Requesting Approval of Settlement Agreement and Entry of an Order of Dismissal" and, thereafter, shall be returned by the Court to counsel for Defendant, without filing.

PD.5563145.1

**DONE AND ORDERED** in Chambers at Tampa, Florida, this 20th day of DEC, 2011.

Elizabeth A. Kovachevich
United States District Judge

Copies to: Counsel of Record

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRY BRUNE,

       Plaintiff,

v.                                                Case No. 8:11-cv-244-T-24 TBM

JPL ADVISORS, INC. and
JAMES P. LEAVY,

       Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion to Submit Settlement Agreement to the Court for *In Camera* Review. (Doc. No. 15). Upon consideration, the Court **GRANTS** the motion to the extent that the parties are directed to email a copy of the settlement agreement to the Chamber's email account, Chambers_FLMD_Bucklew@flmd.uscourts.gov, by June 17, 2011. The Court will review the emailed copy of the settlement agreement without filing it on the public docket.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of June, 2011.

                                                                       SUSAN C. BUCKLEW
                                                                       United States District Judge

Copies to:
Counsel of Record

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN DOIMEADIOS, on behalf of,
himself and those similarly situated,

    Plaintiff,

vs.

CASE NO.: 8:09-CV-1003-T-26MAP

JASON'S HAULING INC., a Florida
corporation, and JASON FREYRE,
Individually,

    Defendants.
_____/

### ORDER

This matter came before the Court upon the Parties' "Joint Motion to Submit Settlement Agreements to the Court for *In Camera* Review." The Court has examined the motion and finds the Parties' request to be appropriate in this action and consistent with Federal Rule of Civil Procedure 1 and, therefore, it is

**ORDERED AND ADJUDGED** that the Parties may submit their settlement agreements to the Court for *in camera* review. The settlement agreements are confidential and shall remain confidential for the time necessary for the Court to review the terms of the Parties' settlement in conjunction with the Parties' "Joint Motion and Memorandum of Law Requesting Approval of Settlement Agreements and Entry of an Order of Dismissal" and, thereafter, shall be returned by the Court to counsel for Defendants, without filing.

PD.4012861.1

DONE AND ORDERED this 9 day of July, 2010 in Chambers in Hillsborough County, Florida.

THE HONORABLE RICHARD A. LAZARRA
UNITED STATES DISTRICT JUDGE

cc: Counsel of record

2

PD.4012861.1

CLOSED

## U.S. District Court
## Middle District of Florida (Tampa)
### CIVIL DOCKET FOR CASE #: 8:09-cv-02446-JSM-MAP

Frost v. Quality Metal Fabricators, Inc. et al
Assigned to: Judge James S. Moody, Jr
Referred to: Magistrate Judge Mark A. Pizzo
Cause: 29:201 Fair Labor Standards Act

Date Filed: 12/02/2009
Date Terminated: 03/17/2010
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Clavis Frost**　　　　　　　　　　　　represented by　**C. Ryan Morgan**
Morgan & Morgan, PA
20 N Orange Ave - Ste 1600
PO Box 4979
Orlando, FL 32801
407/420-1414
Fax: 407/245-3401
Email: rmorgan@forthepeople.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Quality Metal Fabricators, Inc.**　　　represented by　**Jason A. Pill**
*a Florida corporation*
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5315
813/222-7664
Fax: 813/472-7570
Email: jason.pill@phelps.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Phillips , Jr.**
Phelps Dunbar, LLP
Suite 1900
100 S Ashley Dr
Tampa, FL 33602-5315
813/472-7550
Fax: 813/472-7570
Email: john.phillips@phelps.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Earl Roberts**
*individually*

represented by **Jason A. Pill**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John E. Phillips , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/02/2009 | 1 | COMPLAINT against Quality Metal Fabricators, Inc., Earl Roberts with Jury Demand (Filing fee $350 receipt number T052978) filed by Clavis Frost. (Attachments: # 1 Civil Cover Sheet)(CH) (Entered: 12/02/2009) |
| 12/02/2009 | 2 | NOTICE of Consent to Join by Clavis Frost re 1 Complaint (CH) (Entered: 12/02/2009) |
| 01/15/2010 | 3 | WAIVER OF SERVICE returned executed on 12/1/09 by Clavis Frost as to Quality Metal Fabricators, Inc., Earl Roberts. (Attachments: # 1 Exhibit Ex A) (Morgan, C.) (Entered: 01/15/2010) |
| 01/28/2010 | 4 | NOTICE of Appearance by John E. Phillips, Jr on behalf of Quality Metal Fabricators, Inc., Earl Roberts (Phillips, John) (Entered: 01/28/2010) |
| 02/01/2010 | 5 | ANSWER and affirmative defenses to 1 Complaint by Quality Metal Fabricators, Inc., Earl Roberts.(Phillips, John) (Entered: 02/01/2010) |
| 02/08/2010 | 6 | FLSA SCHEDULING ORDER. Plaintiff shall answer the Court's interrogatories within 15 days. Signed by Judge James S. Moody, Jr on 2/8/2010. (Attachments: # 1 Magistrate Judge Consent form)(LN) (Entered: 02/08/2010) |
| 02/15/2010 | 7 | ANSWER to court interrogatories re: 6 FLSA scheduling order by Clavis Frost. (Attachments: # 1 Exhibit Ex A)(Morgan, C.) (Entered: 02/15/2010) |
| 03/02/2010 | 8 | NOTICE of Appearance by Jason A. Pill on behalf of Quality Metal Fabricators, Inc., Earl Roberts (Pill, Jason) (Entered: 03/02/2010) |
| 03/02/2010 | 9 | Unopposed MOTION for extension of time to file document *Defendants' Verified Summary of Hours Worked by Plaintiff* by Quality Metal Fabricators, Inc., Earl Roberts. (Phillips, John) (Entered: 03/02/2010) |
| 03/03/2010 | 10 | ENDORSED ORDER granting 9 Defendants' Motion for extension of time to file Verified Summary. Extension granted through March 9, 2010. Signed by Judge James S. Moody, Jr on 3/3/2010. (LN) (Entered: 03/03/2010) |
| 03/09/2010 | 11 | NOTICE of Settlement by Quality Metal Fabricators, Inc., Earl Roberts (Phillips, John) (Entered: 03/09/2010) |

| 03/17/2010 | 12 | 60-DAY ORDER OF DISMISSAL: No party (or their counsel) shall make any payment of fees or costs without prior authorization or approval from this Court. All pending motions, if any, are DENIED as moot. The Clerk is directed to close the file. Signed by Judge James S. Moody, Jr on 3/17/2010. (LN) (Entered: 03/17/2010) |
| --- | --- | --- |
| 03/25/2010 | 13 | Joint MOTION for miscellaneous relief, specifically to Submit Settlement Agreement to the Court for In Camera Review by Clavis Frost, Quality Metal Fabricators, Inc., Earl Roberts. (Attachments: # 1 Exhibit A - Order Regarding FLSA Settlement, # 2 Exhibit B - Text of Proposed Order)(Pill, Jason) (Entered: 03/25/2010) |
| 03/25/2010 | 14 | Joint MOTION to Approve Settlement *Agreement and Enter an Order of Dismissal* by Clavis Frost, Quality Metal Fabricators, Inc., Earl Roberts. (Attachments: # 1 Exhibit A - Text of Proposed Order)(Pill, Jason) (Entered: 03/25/2010) |
| 03/26/2010 | 15 | ENDORSED ORDER granting 13 Joint Motion to Submit Settlement Agreement to the Court for In Camera Review. Signed by Judge James S. Moody, Jr on 3/26/2010. (LN) (Entered: 03/26/2010) |
| 03/31/2010 | 16 | ENDORSED ORDER granting 14 Joint Motion to Approve Settlement Agreement. This case is dismissed with prejudice, with each party to bear their own fees and costs, except as set forth in the Settlement Agreement. Signed by Judge James S. Moody, Jr on 3/31/2010. (LN) (Entered: 03/31/2010) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 05/13/2014 15:58:59 | | | |
| PACER Login: | lm0071 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:09-cv-02446-JSM-MAP |
| Billable Pages: | 2 | Cost: | 0.20 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20954-Civ-SCOLA

DEOWANTI SINGH,

    Plaintiff,

vs.

H&R BLOCK EASTERN ENTERPRISES,

    Defendant.

_____/

### ORDER GRANTING MOTION TO SUBMIT SETTLEMENT AGREEMENT TO THE COURT FOR *IN CAMERA* REVIEW

THIS MATTER is before the Court on the parties' Joint Motion to submit Settlement Agreement to the Court for *In Camera* Review (ECF No. 32.) Having considered the motion, the record, and the relevant legal authorities, it is **ORDERED** that the Motion is **GRANTED**. On or before **April 17, 2012**, the Plaintiff shall submit a copy of the settlement agreement reached in this matter to the Court for review.[1] *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982) (holding that in an action brought pursuant to the Fair Labor Standards Act, the court must scrutinize the settlement agreement for fairness). The parties may submit the proposed settlement agreement to the Court for *in camera* review via U.S. Mail, e-mail (scola@flsd.uscourts.gov), or hand-delivery. The Clerk shall *administratively close* this case pending the Court's review of the proposed settlement agreement. Any and all pending motions are denied as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, on April 10, 2012.

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
*Counsel of record*

---

[1] The Plaintiff may also submit additional materials to aid the Court in evaluating the fairness of the settlement agreement, including detailed time records of Plaintiff's counsel and a detailed invoice of fees and costs incurred in this matter.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 10-23647-CIV-UNGARO

ANTONIO FRANCO, et al.,

    Plaintiffs,

v.

LATIN AMERICAN BAYSIDE, INC.,

    Defendant.

_____

### ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Motion to Approve Confidential Settlement and to Dismiss With Prejudice. (D.E. 28.)

THE COURT has considered the stipulation, the pertinent portions of the record, the Settlement Agreement (*in camera via* facsimile) and is otherwise fully advised in the premises. It is

ORDERED AND ADJUDGED that the Motion (D.E. 28) is GRANTED. The Settlement Agreements are APPROVED and the case is DISMISSED WITH PREJUDICE. It is further

ORDERED AND ADJUDGED that the Clerk of Courts SHALL administratively close this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of June, 2010.

                                              URSULA UNGARO
                                              UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 10-CV-61947-COHN/SELTZER

O'NEIL GRAHAM,

    Plaintiff,

vs.

FLEXTRONICS AMERICA, LLC,
a Foreign Limited Liability Corporation,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the parties' Joint Motion for in Camera Review of Settlement Agreement, Motion to Approve Settlement Agreement and to Dismiss Lawsuit with Prejudice [DE 24] ("Joint Motion"). The Court has carefully reviewed the Joint Motion, the Settlement Agreement, and is otherwise fully advised in the premises.

The Court finds that the terms of the Settlement Agreements are fair and reasonable and meet the standard set forth in <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is

**ORDERED AND ADJUDGED** that the Joint Motion for in Camera Review of Settlement Agreement, Motion to Approve Settlement Agreement and to Dismiss Lawsuit with Prejudice [DE 24] **GRANTED**;

    1. The parties' Settlement Agreement is **APPROVED**;

    2. The above-styled case is hereby **DISMISSED WITH PREJUDICE**;

    3. The Clerk of the Court shall **CLOSE THIS CASE** and **DENY** all pending motions as moot.

    4. The Court will retain jurisdiction to enforce the terms of any settlement agreement entered into in connection with this matter.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 24th day of February, 2011.

JAMES I. COHN
United States District Judge