# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

---

**NICOLE MRSICH and JUAN ESCRIVA,**

        Plaintiffs,

v.                                                                                    Case No:  6:13-cv-1395-Orl-DAB

**BAHAMA BREEZE, LLC and DARDEN RESTAURANTS, LLC,**

        Defendants.

| UNITED STATES DISTRICT JUDGE: | David A. Baker | COUNSEL FOR PLAINTIFF | Gian Fanelli |
|---|---|---|---|
| DEPUTY CLERK: | Helyn LaTorre | | |
| RECORDING | Digital | COUNSEL FOR DEFENDANT: | Aaron Reed |
| DATE/TIME | June 17, 2014 10:00 A.M.- 10:10 A.M. | | |

## CLERK'S MINUTES
### Telephonic Fairness Hearing

Case called, appearances taken
Procedural setting by court
Parties address proposed settlement for approval
Plaintiff counsel places terms of settlement on the record
Court approves settlement and will issue order